1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   YASIR MEHMOOD,                          No.  2:18-cv-1220 AC P

12                    Petitioner,

13        v.                                 ORDER

14   JUAN ACOSTA,

15                    Respondent.

16

17        Petitioner, proceeding pro se, has filed an application for a writ of habeas corpus pursuant

18   to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis.  This court will not

19   rule on petitioner's request to proceed in forma pauperis.

20        In his application, petitioner challenges his indefinite detention as a result of proceedings

21   initiated by United States Immigration and Customs Enforcement.  ECF No. 1.  Petitioner is

22   being detained in Miami.  Id.  "[A] habeas petition filed pursuant to § 2241 must be heard in the

23   custodial court."  Hernandez v. Campbell, 204 F.3d 861, 865 (9th Cir. 2000) (citations omitted).

24   In this case, the custodial court is the United States District Court for the Southern District of

25   Florida.  28 U.S.C. § 89(c).

26        In accordance with the above, IT IS HEREBY ORDERED that:

27        1. This court has not ruled on petitioner's request to proceed in forma pauperis; and

28   ////

                                         1

2. This matter is transferred to the United States District Court for the Southern District of Florida.

DATED: May 24, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE